UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:25-cv-02881-DOC-KS                                    Date: February 9, 2026

Title  *Nguyen Tai Tran v. Kristi Noem et al.*

Present:  The Honorable:    Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE NO RESPONSE TO PETITION FILED**

Petitioner Nguyen Tai Tran, an immigration detainee being held at California's Adelanto Detention Facility at the time the Petition was filed, initiated this federal habeas action on October 29, 2025.  (Dkt. No. 1.)  On November 6, 2025, this Court issued an Order Requiring Response to Petition (Federal Custody), which provided that Respondents must file either a motion to dismiss within 45 days or an answer within 75 days.  (Dkt. No. 11 at 3-4.)  Therefore, a motion to dismiss the Petition was due on or before December 22, 2026, and an answer to the Petition was due on or before January 20, 2026.  To date, Respondents have litigated motions for a temporary restraining order and preliminary injunction before the assigned District Judge, but have not responded to the Petition.

Based upon the foregoing, **Respondents ARE ORDERED TO SHOW CAUSE** on or before **March 2, 2026**, why the Court should not deem the matter ready for decision and take it under submission without a response from the Government.

\\

\\

\\

\\

CV-90 (03/15)                          Civil Minutes – General                          Page **1** of **2**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:25-cv-02881-DOC-KS                                    Date: February 9, 2026

Title      _Nguyen Tai Tran v. Kristi Noem et al._

       **Respondents may discharge this Order by filing a response to the Petition on or before March 2, 2026.  THE COURT WILL DEEM RESPONDENTS' FAILURE TO RESPOND TO THIS ORDER BY MARCH 2, 2026, AS RESPONDENTS' INTENTION NOT TO DO SO AND THE MATTER WILL BE CONSIDERED FULLY SUBMITTED FOR DECISION.**

       **IT IS SO ORDERED.**

|  |  :  |
| --- | --- |
| **Initials of Preparer** | gr |