UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   5:25-cv-02881-DOC-KS                              Date: March 24, 2026

Title   *Nguyen Tai Tran v. Kristi Noem et al.*


Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge


|  Gay Roberson  |  N/A  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| :---: | :---: |
| N/A | N/A |


**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: MOOTNESS**

On October 29, 2025, Petitioner Nguyen Tai Tran filed a petition for writ of habeas corpus ("Petition") asserting three claims in support of his release from immigration detention.  (Dkt. No. 1.).  Petitioner also filed a motion for preliminary injunction and for a temporary restraining order (Dkt. No. 2), a request to proceed without prepayment of filing fees (Dkt. No. 3), and a request for appointment of counsel (Dkt. No. 5).

This Court granted the request to proceed without prepayment of filing fees on November 6, 2025.  (Dkt. No. 10.)  On November 7, 2025, the presiding District Judge, the Honorable David O. Carter, granted Petitioner's request for appointment of counsel (Dkt. No. 6) and issued an order granting Petitioner's Motion as to the temporary restraining order and ordering further briefing on the preliminary injunction issue.  (Dkt. No. 8.)

On November 12, 2026, Petitioner filed a supplemental brief in support of his motion for a preliminary injunction.  (Dkt. No. 12.)  Respondents filed an opposition on November 17, 2025 (Dkt. No. 14), and Petitioner filed a reply on November 19, 2026 (Dkt. No. 15).  Judge Carter conducted a hearing on Petitioner's motion for a preliminary injunction on December 2, 2025. (Dkt. No. 21.)

On December 7, 2025, Judge Carter issued an order entering a preliminary injunction. (Dkt. No. 22.)  Judge Carter ordered Respondents to: (1) maintain the status quo by maintaining Petitioner's prior order of removal and refraining from removing Petitioner from the Central District of California; (2) follow all procedural safeguards set forth in 8 C.F.R. §§ 241.4, 241.14, and other applicable statutory and regulatory procedures prior to detention; (3) give Petitioner a

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:25-cv-02881-DOC-KS                                      Date: March 24, 2026

Title      *Nguyen Tai Tran v. Kristi Noem et al.*

meaningful opportunity to respond prior to deportation to a country that is not Vietnam: and (4) acquire valid travel documents prior to re-detention and removal.  (*Id.* at 2.)

On February 27, 2026, Respondents filed a Return to the Petition  asserting that the Petition must be dismissed as moot in light of Petitioner's release from immigration detention pursuant to Judge Carter's November 7, 2025 Order entering a preliminary injunction.[1]  (Dkt. No. 24.) Petitioner did not file a reply.

Therefore, Petitioner is ORDERED TO SHOW CAUSE **by no later than April 3, 2026** why the Petition should not be dismissed as moot.  Petitioner must substantively specify what claims, if any, remain pending, the relief sought, and the factual and legal basis for each claim.

**IT IS SO ORDERED**.

|  | : |
|---|---|
| **Initials of Preparer** | gr |

---

[1] On February 9, 2026, this Court issued an Order to Show Cause directing Respondents to file either an explanation for "why the Court should not deem the matter ready for decision and take it under submission without a response from the Government" or a response to the Petition on or before March 2, 2026.  (Dkt. No. 23 at 1-2.)  Respondents timely filed a response to the Petition on February 27, 2026.  (Dkt. No. 24.)  Accordingly, the undersigned discharges the February 9, 2026 Order to Show Cause.