**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NGUYEN TAI TRAN, | ) NO. 5:25-cv-02881-DOC-KS |
|    Petitioner, | ) |
|  v. | ) **ORDER ACCEPTING FINDINGS AND** |
| KRISTI NOEM et al., | ) **RECOMMENDATIONS OF UNITED** |
| | ) **STATES MAGISTRATE JUDGE** |
|    Respondents. | ) |
| _____ | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"), Respondents' Return to the Petition, the Report and Recommendation of United States Magistrate Judge ("Report"), and all of the records herein.  The time for filing objections to the Report has passed and no objections have been filed.  Having completed its review, the Court accepts the findings and recommendations set forth in the Report.  Accordingly, IT IS ORDERED that Judgment be entered:

(1) granting the Petition; and

(2) issuing a writ of habeas corpus making permanent the relief provided in the Temporary Restraining Order and Preliminary Injunction issued by the Court in this proceeding, namely requiring that Respondents follow all procedural safeguards set

forth in 8 C.F.R. §§ 241.4, 241.14, and other applicable statutory and regulatory procedures prior to detention, and that Respondents provide Petitioner a meaningful opportunity to respond prior to deportation to a country that is not Vietnam, and to acquire valid travel documents prior to re-detention and removal.

DATED: May 21, 2026

_____

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE