JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NGUYEN TAI TRAN,

           Petitioner,

      v.

KRISTI NOEM et al.,

          Respondents.

    )  NO. 5:25-cv-02881-DOC-KS
    )
    )
    )  JUDGMENT
    )

IT IS ADJUDGED that the Petition is GRANTED and relief is awarded as set forth in the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge.

DATED: May 21, 2026

_____

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE